| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF CALIFORNIA | **FILED**<br>October 6, 2020<br>CLERK, US DSITRICT COURT<br>EASTERN DISTRICT OF<br>CALIFORNIA |

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JOSE CARRANZA SERRATO,

    Defendant.

Case No. 2:20-MJ-00153-AC

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  JOSE CARRANZA SERRATO , Case No. 2:20-MJ-00153-AC  Charge 21 USC §§ 846; 841(a)(1), from custody for the following reasons: for the following reasons:

    _____ Release on Personal Recognizance

    __X__ Bail Posted in the Sum of $ 50,000 (co-signed)

    _____ Unsecured Appearance Bond $ _____

    _____ Appearance Bond with 10% Deposit

    _____ Appearance Bond with Surety

    _____ Corporate Surety Bail Bond

    __X__ (Other): With pretrial supervision and conditions of release as stated on the record in court.

Issued at Sacramento, California on October 6, 2020 at 3:35 p.m.

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE